STATE of Missouri,
Plaintiff/Respondent,

v.

Cedric Eldion ANDERSON,
Defendant/Appellant.

No. ED 100934

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

Filed: September 15, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied October 22, 2015.

Application for Transfer Denied December 22, 2015

Amy M. Bartholow, Public Defenders Office, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, Missouri 65203, for Appellant.

Karen L. Kramer, Assistant Attorney General, P.O. Box 899, Jefferson City, Missouri 65109, for Respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### ORDER

### PER CURIAM

Cedric Anderson (Defendant) appeals the judgment and sentence of the Circuit Court of St. Louis County convicting him of first-degree murder and armed criminal action. Defendant raises three points on appeal, claiming that the trial court (1) abused its discretion by denying Defen-

1. Hurlbert filed suit individually, and doing business as Sage Information Systems.

dant the opportunity to cross-examine certain witnesses regarding Defendant's out-of-court statements; (2) plainly erred in submitting an erroneous instruction for the lesser-included offense of second-degree murder; and (3) abused its discretion by denying Defendant's motion for mistrial based on the State's discovery violation. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 30.25(b).